MARK AUSTIN CROSS
OSB No. 79119
MARK AUSTIN CROSS, P.C.
294 Warner Milne Road
Oregon City, OR 97045
(503) 655-0037
email: yomarko@mac.com


        Attorney for Defendant James Nick Foster



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
Portland Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | NO. CR 11-86-1 BR |
| v. | | **MOTION FOR SUBSTITUTION OF COUNSEL AND DECLARATION OF COUNSEL** |
| JAMES NICK FOSTER, | | |
| | Defendant. | |

        The defendant, James Nick Foster, now comes before the court to move this Court for

an Order withdrawing Mark Austin Cross as counsel of record and substituting new counsel


Page 1 of 2 - **MOTION FOR SUBSTITUTION OF COUNSEL AND DECLARATION OF COUNSEL**

of record in all future proceedings in the above-captioned case.

This motion is supported by counsel's declaration below.

DATED this 26th day of May 2011.

MARK AUSTIN CROSS, OSB NO. 79199
Attorney for Defendant James Nick Foster

DECLARATION OF COUNSEL

I, MARK AUSTIN CROSS, hereby declare the following to be true and accurate to the best of my knowledge:

1.      I am the attorney of record for, James Nick Foster, defendant in the above-captioned case, having been appointed by the Hon. Anna J. Brown on or about March 25, 2011.

2.      In the course of my representation of Mr. Foster, I have become aware of a personal conflict which substantially interfers with my ability to provide Mr. Foster with the objective and professional representation required of me.  I want to emphasize that my personal conflict is not the result of any actions, statements, or behavior by or of Mr. Foster.

3.      Mr. Foster is presently out of custody under the supervison of United States Pretrial Services for the District of Oregon.

MARK AUSTIN CROSS

Page 2 of 2 - **MOTION FOR SUBSTITUTION OF COUNSEL AND DECLARATION OF COUNSEL**